AO 91 (Rev 8 01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

FEB - 9 2019

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Wilmer Arnoldo Mungia-Ruiz

**CRIMINAL COMPLAINT**

Case Number: M-19-0305-M

IAE YOB: 1979
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 8, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near McAllen, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Wilmer Arnoldo Mungia-Ruiz was encountered by Border Patrol Agents near McAllen, Texas on February 8, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on February 8, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on September 28, 2016 through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 4, 2016, the Defendant was convicted of 8 USC 1326, Being found in the United States after previous deportation and was sentenced to eight (8) months confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on February 9, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Cipriano Shears Jr
Signature of Complainant

February 9, 2019      3:30 p.m.

Cipriano Shears Jr      Senior Patrol Agent

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

Pete E Ormsby
Signature of Judicial Officer